# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:  BELTIE DBA WINTERWOOD    §    Case No. 07-21016
                                 §
                                 §
            Debtors              §

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Peter C. Fessenden, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1202(b)(1).  The trustee declares as follows:

1) The case was filed on 11/06/2007.

2) The plan was confirmed on 07/17/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1229 on 11/06/2008, 03/11/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/19/2009, 06/27/2011.

5) The case was dismissed on 08/19/2011.

6) Number of months from filing or conversion to last payment: 28.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $78,050.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-12-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 149,340.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 149,340.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 36,204.50 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 14,934.04 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 51,138.54 |
| Attorney fees paid and disclosed by debtor: | $ 8,000.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTRAL MAINE POWER | Uns | 104.00 | 176.98 | 0.00 | 0.00 | 0.00 |
| IDEARC MEDIA FORMERLY | Uns | 216.00 | 216.00 | 0.00 | 0.00 | 0.00 |
| Bangor Savings Bank | Sec | 1,452.78 | 1,830.31 | 2,178.83 | 548.14 | 0.00 |
| CNH Capital | Sec | 0.00 | 93,734.74 | 93,734.74 | 24,833.31 | 0.00 |
| Bangor Savings Bank | Sec | 22,310.00 | 23,835.81 | 28,373.02 | 7,516.89 | 0.00 |
| Coastal Enterprises, Inc. | Sec | 159,829.00 | 191,881.24 | 24,802.68 | 0.00 | 0.00 |
| EXTEC MACHINERY | Uns | 2,498.00 | 2,498.48 | 0.00 | 0.00 | 0.00 |
| T-MOBILE | Uns | 138.81 | 109.34 | 0.00 | 0.00 | 0.00 |
| NORTRAX MAINE | Uns | 4,065.05 | 3,739.51 | 0.00 | 0.00 | 0.00 |
| CHERYL GREENLEAF, CPA | Uns | 2,825.00 | 3,425.00 | 0.00 | 0.00 | 0.00 |
| Ford Motor Credit Co. | Sec | 27,075.18 | 20,252.88 | 24,108.11 | 6,386.98 | 0.00 |
| GMAC | Sec | 0.00 | 147,079.67 | 36,886.78 | 0.00 | 0.00 |
| KELLY SERVICES INC | Uns | 274.92 | 274.92 | 0.00 | 0.00 | 0.00 |
| State of Maine | Pri | 1,500.00 | 1,600.25 | 0.00 | 0.00 | 0.00 |
| NORTHEAST TRADING CORP. | Sec | 238,000.00 | 74,866.38 | 0.00 | 0.00 | 0.00 |
| Diversified Financial Services | Uns | 82,994.16 | 30,433.34 | 98,834.93 | 26,176.25 | 0.00 |
| Town of Lyman | Sec | 14,923.51 | 18,635.03 | 22,182.09 | 5,028.94 | 0.00 |
| Bangor Savings Bank | Sec | 13,920.00 | 14,000.43 | 16,665.32 | 4,415.18 | 0.00 |

UST Form 101-12-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| Savings Bank of Maine | Sec | 0.00 | 200,746.51 | 200,746.51 | 23,295.77 | 0.00 |
| VALLEY VISION | Uns | 0.00 | 775.00 | 0.00 | 0.00 | 0.00 |
| CNH Capital | Uns | 4,884.00 | 77,263.00 | 0.00 | 0.00 | 0.00 |
| PAUL PARENT GARDEN CLUB | Uns | 6,240.00 | 5,790.00 | 0.00 | 0.00 | 0.00 |
| State of Maine | Pri | 1,500.00 | 851.43 | 0.00 | 0.00 | 0.00 |
| MCCABE BAIT CO., INC. | Uns | 11,100.00 | 11,100.00 | 0.00 | 0.00 | 0.00 |
| VERIZON | Uns | 369.37 | 298.18 | 0.00 | 0.00 | 0.00 |
| State of Maine | Pri | 1,500.00 | 5,870.45 | 5,870.45 | 0.00 | 0.00 |
| RIVERGREEN BANK | Sec | 679,412.90 | 757,775.66 | 200,746.51 | 0.00 | 0.00 |
| State of Maine | Adm | 0.00 | 3,465.65 | 0.00 | 0.00 | 0.00 |
| DAYTON SAND & GRAVEL | Uns | 60,482.00 | 60,482.69 | 0.00 | 0.00 | 0.00 |
| CNH Capital | Uns | 771.00 | 759.57 | 0.00 | 0.00 | 0.00 |
| STATE OF MAINE DEPARTMENT OF | Sec | 0.00 | 203,829.38 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | Uns | 13,412.00 | 15,485.35 | 0.00 | 0.00 | 0.00 |
| CHERYL GREENLEAF CPA | Uns | 0.00 | 2,700.00 | 0.00 | 0.00 | 0.00 |
| State of Maine | Pri | 0.00 | 1,600.25 | 0.00 | 0.00 | 0.00 |
| Ford Motor Credit Co. | Uns | 0.00 | 6,225.04 | 0.00 | 0.00 | 0.00 |
| PLIMPTON & ESPOSITO | Uns | 2,210.00 | 2,210.00 | 0.00 | 0.00 | 0.00 |
| BIDDEFORD-SACO AREA | Sec | 123,228.00 | 147,079.67 | 36,886.78 | 0.00 | 0.00 |
| ACADIA INSURANCE | Uns | 1,530.00 | 1,530.00 | 0.00 | 0.00 | 0.00 |
| SMITH ELLIOTT SMITH & GARMEY | Uns | 34,274.35 | 36,462.27 | 0.00 | 0.00 | 0.00 |
| CHERYL GREENLEAF, CPA | Uns | 0.00 | 1,275.00 | 0.00 | 0.00 | 0.00 |
| HOUSEHOLD FINANCE | Sec | 0.00 | 47,976.93 | 0.00 | 0.00 | 0.00 |
| CENTRAL MAINE POWER | Uns | 240.05 | 44.89 | 0.00 | 0.00 | 0.00 |
| NORTHEAST TRADING CORP. | Sec | 238,000.00 | 242,928.88 | 0.00 | 0.00 | 0.00 |
| AMERICAN HOME MORTGAGE | Sec | 248,288.81 | 252,449.72 | 0.00 | 0.00 | 0.00 |
| CNH Capital | Uns | 0.00 | 771.07 | 0.00 | 0.00 | 0.00 |
| CNH Capital | Uns | 0.00 | 4,575.56 | 0.00 | 0.00 | 0.00 |
| CITIMORTGAGE INC. | Sec | 220,896.85 | 226,011.50 | 0.00 | 0.00 | 0.00 |
| CITIMORTGAGE | Sec | 123,742.95 | 127,730.92 | 0.00 | 0.00 | 0.00 |
| TSYS | Uns | 0.00 | 3,266.75 | 0.00 | 0.00 | 0.00 |
| CHERYL GREENLEAF, CPA | Uns | 950.00 | 375.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | Uns | 51,840.00 | 55,027.72 | 0.00 | 0.00 | 0.00 |
| FIA Card Services | Uns | 0.00 | 5,429.41 | 0.00 | 0.00 | 0.00 |
| ARUNDEL FORD | Uns | 6,139.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-12-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| CAPITAL ONE | Uns | 6,012.49 | NA | NA | 0.00 | 0.00 |
| CENTRAL TIRE CO | Uns | 4,996.00 | NA | NA | 0.00 | 0.00 |
| CHAMPAGNE'S ENERGY | Uns | 4,604.55 | NA | NA | 0.00 | 0.00 |
| CRAIG BUZZELL | Uns | 1,370.00 | NA | NA | 0.00 | 0.00 |
| DEPT. OF ENVIRONMENTAL | Uns | 50,000.00 | NA | NA | 0.00 | 0.00 |
| GORHAM TRACTOR & EQUIPMENT | Uns | 3,341.00 | NA | NA | 0.00 | 0.00 |
| JEFFREY A SIMPSON, INC. | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| MAINE EMPLOYERS MUTUTAL | Uns | 586.25 | NA | NA | 0.00 | 0.00 |
| MMG INSURANCE | Uns | 1,631.00 | NA | NA | 0.00 | 0.00 |
| NELSON ANALYTICAL, LLC | Uns | 680.00 | NA | NA | 0.00 | 0.00 |
| PARTNER CONNECTIONS | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| PEOPLE PLACES & PLANTS | Uns | 8,720.00 | NA | NA | 0.00 | 0.00 |
| PRETI FLAHERTY | Uns | 2,668.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Uns | 625.02 | NA | NA | 0.00 | 0.00 |
| VALLEY VISION | Uns | 775.00 | NA | NA | 0.00 | 0.00 |
| WEIRS MOTOR SALES | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| FINANCE AUTHORITY OF MAINE | Sec | 188,638.00 | NA | NA | 0.00 | 0.00 |
| ACADIA INSURANCE | Uns | 2,030.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL MAINE POWER | Uns | 586.05 | NA | NA | 0.00 | 0.00 |
| JEM INTERNATIONAL | Uns | 8,875.00 | NA | NA | 0.00 | 0.00 |
| AAA FINANCIAL SERVICES | Uns | 5,306.49 | NA | NA | 0.00 | 0.00 |
| AT & T UNIVERSAL CARD | Uns | 3,798.36 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK CARD | Uns | 6,728.00 | NA | NA | 0.00 | 0.00 |
| EARL FREEMAN, DO | Uns | 761.53 | NA | NA | 0.00 | 0.00 |
| GALEN FAUCHER | Uns | 200,000.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN MAINE MEDICAL | Uns | 93.19 | NA | NA | 0.00 | 0.00 |
| VERMONT MUTUAL INSURANCE | Uns | 1,464.00 | NA | NA | 0.00 | 0.00 |
| Smith, Elliot, Smith Garmey | Lgl | 37,984.00 | 31,465.28 | 31,465.28 | 16,204.50 | 0.00 |
| JAMES F. MOLLEUR, ESQ. | Lgl | 0.00 | 8,000.00 | 8,000.00 | 0.00 | 0.00 |
| JAMES F. MOLLEUR, ESQ. | Lgl | 11,129.84 | 20,000.00 | 20,000.00 | 20,000.00 | 0.00 |
| RESERVE | Adm | 0.00 | 40,164.26 | 40,164.26 | 0.00 | 0.00 |

UST Form 101-12-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 24,802.68 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 71,325.28 | $ 18,867.19 | $ 0.00 |
| All Other Secured | $ 591,183.41 | $ 53,158.02 | $ 0.00 |
| **TOTAL SECURED:** | $ 687,311.37 | $ 72,025.21 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 5,870.45 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 5,870.45 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 98,834.93 | $ 26,176.25 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 51,138.54 |
| Disbursements to Creditors | $ 98,201.46 |
| **TOTAL DISBURSEMENTS:** | $ 149,340.00 |

UST Form 101-12-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>03/05/2012</u>        By:  <u>/s/Peter C. Fessenden</u>
                                                Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.